UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIA C. MEZA,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>        Defendants. | Case No.14-cv-03486-LHK<br><br>**PROPOSED CASE MANAGEMENT SCHEDULE** |

The parties filed a joint case management statement on December 4, 2014. They have requested that the Court adopt a case management schedule without holding a case management conference. Based on the parties' proposed dates and joint case management statement, the Court proposes the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 10, 2015

FACT DISCOVERY CUTOFF: December 1, 2015

CLASS CERTIFICATION:
    Motion: June 15, 2015
    Opposition: July 13, 2015
    Reply: August 3, 2015
    Hearing: September 3, 2015, at 1:30 p.m.

1

Case No.: 14-cv-03486-LHK
PROPOSED CASE MANAGEMENT SCHEDULE

EXPERT DISCOVERY:
    Opening Reports: December 21, 2015
    Rebuttal Reports: January 18, 2016
    Close of Expert Discovery: February 1, 2016

DISPOSITIVE MOTIONS shall be filed by February 22, 2016, and set for hearing no later than March 24, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 2, 2016, at 1:30 p.m.

JURY TRIAL: June 13, 2016, at 9 a.m. Trial is expected to last 4 days.

    The parties shall file any objections to the Court's proposed scheduled by 10 a.m. on Tuesday, December 16, 2014. If the parties file no objections, the Court will adopt the proposed schedule and continue the December 17, 2014 case management conference to March 11, 2015.

**IT IS SO ORDERED**.

Dated: December 15, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No.: 14-cv-03486-LHK
PROPOSED CASE MANAGEMENT SCHEDULE