UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIA C. MEZA,<br><br>          Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>          Defendants. | Case No.14-cv-03486-LHK<br><br>**CASE MANAGEMENT ORDER** |

As the parties have filed no objections to the Court's proposed case schedule, ECF No. 33, the Court continues the December 17, 2014 case management conference to March 11, 2015, and adopts the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 10, 2015

FACT DISCOVERY CUTOFF: December 1, 2015

CLASS CERTIFICATION:
    Motion: June 15, 2015
    Opposition: July 13, 2015
    Reply: August 3, 2015
    Hearing: September 3, 2015, at 1:30 p.m.

EXPERT DISCOVERY:

1

Case No.: 14-cv-03486-LHK
CASE MANAGEMENT ORDER

Opening Reports: December 21, 2015
Rebuttal Reports: January 18, 2016
Close of Expert Discovery: February 1, 2016

DISPOSITIVE MOTIONS shall be filed by February 22, 2016, and set for hearing no later than March 24, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 2, 2016, at 1:30 p.m.

JURY TRIAL: June 13, 2016, at 9 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED**.

Dated: December 16, 2014

_____
LUCY H. KOH
United States District Judge