This order was originally filed in 15-CV-03837-BLF on October 8, 2015 (ECF No. 19). A copy of the order is now being filed in 14-CV-03486-LHK for record-keeping purposes only.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CIGANEK,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-03837-BLF<br><br>**ORDER REFERRING CASE SUA SPONTE FOR DETERMINATION OF RELATED CASE STATUS** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Lucy H. Koh to determine whether it is related to *Meza v. Portfolio Recovery Associates, LLC et al.*, No. 14-cv-03486-LHK.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
BETH LABSON FREEMAN
United States District Judge