UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA C. MEZA,<br><br>           Plaintiff,<br><br>      v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>           Defendants. | Case No. 14-CV-03486-LHK<br><br>**RELATED CASE ORDER (*CIGANEK*)**<br><br>Re: Dkt. No. 75 |

Before the Court is a *sua sponte* referral from Judge Freeman for determination of whether *Ciganek v. Portfolio Recovery Associates, LLC*, No. 15-CV-3837-BLF ("*Ciganek*") should be related to *Meza v. Portfolio Recovery Associates, LLC*, No. 14-3486-LHK ("*Meza*"). ECF No. 75 in the *Meza* docket. *Ciganek* and *Meza* concern substantially the same defendants, claims, and events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L. R. 3-12(a). Therefore, the Court ORDERS that *Ciganek* be related to *Meza*.

*Ciganek* shall be reassigned to the undersigned judge. All future filings are to bear the initials "LHK." Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the

1

ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in the *Ciganek* docket.

**IT IS SO ORDERED.**

Dated: October 20, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-03486-LHK
RELATED CASE ORDER (*CIGANEK*)

2